**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

PAO HUE YENG XIONG,                                                              PLAINTIFF
REG. #08898-089

v.                                          2:20CV00160-JM-JTK

C CHATTERS                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying

Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 30th day of September, 2020.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE


1